# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 3, 2021

Lyle W. Cayce
Clerk

No. 20-11162
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Kenneth Wayne Speed,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:20-CR-10-2

---

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Kenneth Wayne Speed has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Speed has not filed a response. We have reviewed counsel's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-11162

brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.